**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Anthony SALAZAR, Defendant–**
**Appellant.**

No. 07–10171
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2008.

Christopher R. Wolfe, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, Juan Carlos Rodriguez, U.S. District Court, Dallas, TX, for Plaintiff–Appellee.

Carl Randall Day, Law Office of Carl R. Day, P.C., Irving, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Anthony Salazar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Salazar has filed a response. Salazar also has moved for appointment of new counsel and leave to proceed pro se. Salazar's motions are DENIED. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998). Our independent review of the record, counsel's brief, and Salazar's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.